UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------- X
: 19 Cr. 431 (RA)
UNITED STATES OF AMERICA, :
: ORDER
-v- :
:
MICHAEL EDWARDS, :
:
Defendant. :
:
----------------------------------------------------- X

RONNIE ABRAMS, District Judge:

    IT IS HEREBY ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:    February 24, 2022
             New York, New York

                                                  Ronnie Abrams
                                          United States District Judge