USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL EDWARDS,

Defendant.

No. 19-CR-431

ORDER

Vernon S. Broderick

~~RONNIE ABRAMS~~, United States District Judge:

      Defendant Michael Edwards (Reg. No.60473-053) is to be released from MDC New York on April 5, 2022 into the custody of the U.S. Probation Office in order to be transported to Samaritan Village Daytop for inpatient substance abuse and mental health treatment.

SO ORDERED.

Dated:   April 5, 2022
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge